UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| ERICK BENSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 1:11-CV-295 PS |
| | ) | |
| ALLEN SUPERIOR COURT, | ) | |
| | ) | |
| Respondent. | ) | |

## OPINION AND ORDER

Erick Benson, a *pro se* prisoner, initiated this case by filing a document captioned, "Writ of Mandamus" in which he complains that he has been unable to obtain evidence or submit motions in his State criminal trial, that his appointed counsel is unresponsive, and that the State Court has refused to order his attorney to seek a suppression hearing. He asks this court to issue an order compelling the Allen Superior Court to "apply the law." ECF 1 at 2.

This court does not have the jurisdiction to issue such a writ against a state court. *In re Campbell*, 264 F.3d 730, 731 (7th Cir. 2001) ("[W]e cannot . . . use our power to control or interfere with state court litigation, thus exceeding our jurisdiction."). For the foregoing reasons, the Writ is **DENIED** and this case is **DISMISSED**.

**SO ORDERED**.

ENTERED: September 23, 2011

                                                      s/ Philip P. Simon
                                                      PHILIP P. SIMON, CHIEF JUDGE
                                                      UNITED STATES DISTRICT COURT